IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIANA BROOKENS,** as administratrix of the estate of Z.W., <br><br> *Plaintiff,* <br><br> v. <br><br> **CITY OF PHILADELPHIA,** *et al.*, <br><br> *Defendants.* | **CIVIL ACTION** <br><br> No. 18-4640 |

### ORDER

**AND NOW**, this 3rd day of January, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 19), and Plaintiff's response in opposition thereto (ECF No. 22), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 19) is **GRANTED**;
2. Plaintiff's Complaint is **DISMISSED**; and
3. The Clerk shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**